**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-2509**

————————————

BENJAMIN MCCOY,

                                        Plaintiff - Appellant,

        versus

CSX TRANSPORTATION, INCORPORATED,

                                        Defendant - Appellee.

————————————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CA-97-519-3)

————————————

Submitted: December 17, 1998        Decided: December 30, 1998

————————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Benjamin McCoy, Appellant Pro Se. Fred Adkins, John Harlan Mahaney, II, HUDDLESTON, BOLEN, BEATTY, PORTER & COPEN, Huntington, West Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Benjamin McCoy appeals the district court's order granting summary judgment to CSX Transportation, Inc., on McCoy's discrimination claims filed pursuant to the Americans with Disabilities Act (ADA), 42 U.S.C.A. §§ 12101-12213 (West 1995 & Supp. 1998) and the West Virginia Human Rights Act, W. Va. Code §§ 5-11-1 through 5-11-19 (1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See McCoy v. CSX Transportation, Inc., No. CA-97-519-3 (S.D.W. Va. Sept. 3, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED